```
                                              ____FILED          ____RECEIVED
                                              ____ENTERED        ____SERVED ON
                                                         COUNSEL/PARTIES OF RECORD
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
                                                    JAN - 8 2024

                                              CLERK US DISTRICT COURT
                                               DISTRICT OF NEVADA
                                              BY:_____ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>-vs-<br><br>Antonio Rojas<br><br><br>              Defendant. | Case No. 2:24-mj-15-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this _8th_ day of _January_, _2024_.

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

1