# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO ROMERO ROJAS,<br>　　aka "Antonio Rojas-Romero,"<br>　　aka "Antonia Romero,"<br>　　aka "Antonio Rojas,"<br><br>　　　　Defendant. | Case No. 2:24-mj-00015-EJY<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on January 22, 2024 at the hour of 4:00 p.m., be vacated and continued to March 22, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 18th day of January, 2024.

　　　　　　　　　　　　　　　　　　　／s／ Elayna J. Youchah
　　　　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE